NOT FOR PUBLIC VIEW

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of California

**FILED**

MAR 2 7 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>(1) Motorla Cellular Phone, Serial No. ZY2228HVPJ,<br>IMEI: 9900-0624-0926-948 | )<br>)<br>)<br>)   Case No.   **19MJ1208**<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Southern _____ District of _____ California _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated herein)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated herein)

**YOU ARE COMMANDED** to execute this warrant on or before ___ *4-5-19* ___ *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.       ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Hon. Nita L. Stormes _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   *3-22-19*
*2:15 pm*

_____
*Judge's signature*

City and state:     San Diego, California                    Hon. Nita L. Stormes, United States Magistrate Judge
_____
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>19 MS 1208 | Date and time warrant executed:<br>3/25/19   1435 | Copy of warrant and inventory left with:<br>Anthony Castellanos |
| Inventory made in the presence of :   NA | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>Copy of Affadavit & search warrant provided to HSI frensics. Phone was also transferred to HSI San Diego evidence vault to assist forensics. | | |

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date:  3/25/2019<br><br>_____<br>Executing officer's signature<br><br>Ryan  Hill  Special Agent<br>Printed name and title |

## ATTACHMENT A

### PROPERTY TO BE SEARCHED

The following property is to be searched in connection with an investigation of violation of Title 21, United States Code, Sections 952, 960, and 963 (Unlawful Importation of a Controlled Substance and Conspiracy to do the Same), Title 18, United States Code, Section 2 (Aiding and Abetting Unlawful Importation a Controlled Substance), and Title 21, United States Code, Section 843(b) (Unlawful Use of a Communication Facility):

> Motorola Cellular Phone,
> Serial No. ZY2228HVPJ,
> IMEI: 9900-0624-0926-948
> (the **Target Device**)

The **Target Device** is currently in the possession of the Department of Homeland Security, Customs and Border Protection as evidence and being held in the Otay Mesa Vault, located at 9495 Customhouse Plaza in San Diego, California.

## ATTACHMENT B

Authorization to search the **Target Device**, described in Attachment A, includes the search of disks, memory cards, deleted data, remnant data, slack space, and temporary or permanent files contained on or in the **Target Device** for evidence described below. The seizure and search of the **Target Device** shall follow the search methodology described in the attached affidavit submitted in support of the warrant.

The evidence to be seized from the cellular/mobile telephone will be electronic records, communications, and data such as emails, text messages, chats, and chat logs from various third-party applications, photographs, audio files, videos, and location data, for the period of August 1, 2018 to January 23, 2019:

    a.    tending to indicate efforts to import methamphetamine, or other federally controlled substances from Mexico into the United States;

    b.    tending to identify accounts, facilities, storage devices, and/or services—such as email addresses, IP addresses, and phone numbers—used to facilitate the importation of methamphetamine, or other federally controlled substances from Mexico into the United States;

    c.    tending to identify co-conspirators, criminal associates, or others involved in the importation of methamphetamine, or other federally controlled substances from Mexico into the United States;

    d.    tending to identify travel to or presence at locations involved in the importation of methamphetamine, or other federally controlled substances from Mexico into the United States;

    e.    tending to identify the user of, or persons with control over or access to, the **Target Device**; and/or

    f.    tending to place in context, identify the creator or recipient of, or establish the time of creation or receipt of communications, records, or data involved in the activities described above;

which are evidence of violations of Title 21, United States Code, Sections 952, 960, and 963 (Unlawful Importation of a Controlled Substance and Conspiracy to do the Same), Title 18, United States Code, Section 2 (Aiding and Abetting Unlawful Importation a Controlled Substance), and Title 21, United States Code, Section 843(b) (Unlawful Use of a Communication Facility).